UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-286 |
| CHRISTOPHER WILLIAMS | SECTION R |

## ORDER AND REASONS

Defendant Christopher Williams has moved to vacate his sentence under 28 U.S.C. § 2255,[1] and requests the appointment of counsel to represent him in this collateral proceeding.[2] For the following reasons, Williams's motion for appointment of counsel is denied.

## I. BACKGROUND

On April 20, 2015, defendant Christopher Williams pleaded guilty to conspiracy to commit sex trafficking in violation of 18 U.S.C. §§ 1594(c) and 1591(a).[3] Williams waived his right to appeal and collaterally challenge his conviction and sentence, but he retained the right to raise a claim of ineffective assistance of counsel in an appropriate proceeding.[4] The Court

---

[1] R. Doc. 476
[2] R. Doc. 480.
[3] *See* R. Docs. 189, 412.
[4] R. Doc. 189 at 2-3.

accepted the plea agreement and sentenced Williams to 180 months imprisonment followed by ten years supervised release.[5]

Williams has moved to vacate his sentence under 28 U.S.C. § 2255, and now requests the appointment of counsel.

## II. DISCUSSION

Unlike defendants in criminal proceedings and prisoners directly appealing judgments in criminal cases as a matter of right, prisoners mounting collateral attacks on their convictions do not have a right to counsel under the Sixth Amendment. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). But a court has discretion to appoint counsel to a "financially eligible person" seeking relief under 28 U.S.C. § 2255 when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2).

Williams has not demonstrated that his Section 2255 motion warrants the appointment of counsel. Williams's motion adequately presents his arguments, and it is not clear how the appointment of counsel would assist the Court in evaluating those arguments. The Court finds that the interests of justice do not require the appointment of counsel in this case.

---

[5] R. Doc. 412 at 2-3.

## III. CONCLUSION

For the foregoing reasons, the Court DENIES Williams's motion for appointment of counsel.

New Orleans, Louisiana, this __13th__ day of July, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE